JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER, | Case No. 2:20-cv-01896-AFM |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CHEUK KOON WONG, et al, | |
| Defendants. | |

IT IS ORDERED AND ADJUDGED that Defendants' motion for judgment on the pleadings, which the Court has converted to a motion for summary judgment, is granted. Plaintiff's claim against Defendants under the Americans with Disabilities Act is dismissed with prejudice as moot, and Plaintiff's claim against Defendants under California's Unruh Civil Rights Act is dismissed without prejudice as the Court declines to exercise supplemental jurisdiction under 28 U.S.C. § 1367 regarding the remaining state law claims..

DATED: 2/24/2021

_____
ALEXANDER F. MacKINNON
UNITED STATES MAGISTRATE JUDGE